12C

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

## Petition and Order for Summons for Person Under Supervision

Name of Person: **Cameron Drake Silveira**                    Docket Number: **2:21CR00169-001**

Name of Sentencing Judicial Officer:         **Honorable Tena Campbell**
                                              **Senior U.S. District Judge**

Date of Original Sentence:         **November 8, 2021**
Original Offense:   **Possession of Methamphetamine with Intent to Distribute**
Original Sentence:  **60 Months' Incarceration/48 Months' Supervised Release**

Type of Supervision: **Supervised Release**            Supervision Began: **August 27, 2025**

Location of Defendant's Supervision   ☒ Northern/Central Division     ☐ Southern Region

## PETITIONING THE COURT

☒   To issue a summons

## CAUSE

The probation officer believes that the offender has violated the conditions of supervision as follows:

**Allegation No. 1:** On August 29, 2025, the person under supervision submitted a urine sample, which tested positive for methamphetamine.

**Allegation No. 2:** On September 15, 2025, the person under supervision submitted a urine sample, which tested positive for alcohol and amphetamine.

Evidence in support of these allegations includes records from U.S. Probation and Utah Adult Probation and Parole.

I declare under penalty of perjury that the foregoing is true and correct.

*Brian Tillack*
by Brian Tillack
U.S. Probation Officer
September 18, 2025

PROB 12C
D/UT 12/17

Cameron Drake Silveira
2:21CR00169-001

---

**THE COURT ORDERS:**

☑ The issuance of a summons
    For appearance in:  ☑ Salt Lake City   ☐ St. George
☐ The issuance of a warrant and tolling of the supervision time
    For appearance in:  ☐ Salt Lake City   ☐ St. George
☐ Expedited hearing set for: _____ at _____ before
    U.S. Magistrate Judge _____
☐ No action
☐ Other

_/s/ Tena Campbell_____
Honorable Tena Campbell
Senior United States District Judge

Date: 9/18/2025